# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES OTIS HARRIS, | ] | |
| Petitioner, | ] ] ] | |
| vs. | ] | 2:10-cv-2844-RRA |
| DAVENPORT, ET AL., | ] ] ] | |
| Respondents. | ] | |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, the petition for a writ of habeas corpus is hereby **DISMISSED**. Costs are taxed to the petitioner.

Done this 17th day of February 2011.

*[signature]*

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE